UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| v.  § | No.  1:24-MJ-00380-DH |
| § | |
| **(1) JESSE DALE DAVIDSON,** § *Defendant* § § | |

# ORDER

The United States and Defendant Jesse Davidson came before the Court on the U.S. Probation Office's Petition and Amended Petition for Warrant or Summons for Person Under Supervision, issued out of the District of Oregon under case 1:20-CR-411-1 MC. Davidson was arrested pursuant to this warrant and came into federal custody within the Austin Division of the Western District of Texas on June 25, 2024. Dkt. 1. He came before the Court that same day on his initial appearance. Dkt. 3. At the initial appearance, the undersigned appointed an Assistant Federal Public Defender to represent Davidson, Dkt. 4, and counsel at that time orally moved to have Davidson released, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6), pending his preliminary hearing. The Court at that time ruled that it could not conclude by clear and convincing evidence that Davidson was not a flight risk or danger to the community and therefore continued the request for release to be considered at the same time as his preliminary hearing.

On this date, the Court heard the preliminary hearing on the U.S. Probation Office's Petition and Amended Petition for Warrant or Summons for Person Under

Supervision. After taking notice of the record, considering the evidence, proffers, and arguments offered by the Government and Davidson, the Court concluded that the Government had sustained its burden to show probable cause that Davidson violated Standard Condition #1 of his supervised release, which required Davidson to report to the probation office within 72 hours of his release from imprisonment.

The Court then considered Davidson's request for release, and after considering the evidence, proffers, and arguments from the Government and Davidson, concluded that Davidson carried his burden to demonstrate by clear and convincing evidence that he "will not flee or pose a danger to any other person or to the community." Fed. R. Crim. P. 32.1(a)(6).

Accordingly, the Court **ORDERS** that Davidson be released from federal custody immediately on his current conditions of supervision pending a final revocation hearing.

The Court **FURTHER ORDERS** that the District Clerk transmit a copy of this order to the USMS, the site where Davidson is presently being detained, and the U.S. Probation Office.

The Court **FURTHER ORDERS** Davidson to report by telephone to the U.S. Probation Office in the District of Oregon upon his release.

SIGNED June 27, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE